**Barrow County Board of Education**                                              Advice Amount: $1,168.75

| EMP NO | EMPLOYEE NAME | DEPT. | ADVICE DATE | WEEK ENDING | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|
| 111315 | LINDA LEWIS | WT132003 | 05/28/2021 | 05/31/2021 | MONTHLY | 435940 |

| EARNINGS | RATE | DAYS/HRS. | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| 176-DAY | | | $1,604.53 | $8,022.65 | FICA | $89.69 | $485.58 | | |
| EXT HRLY | | -0.58 | -$12.69 | $533.02 | MEDICARE | $20.98 | $113.58 | | |
| EXT HRLY | | 1.03 | $22.54 | $533.02 | DENTAL INS | $72.88 | | | |
| EXT HRLY | | 2.71 | $59.29 | $533.02 | VISION INS | $15.46 | $77.30 | | |
| EXT HRLY | | 2.92 | $63.89 | $533.02 | HEALTH-CLASS | $367.76 | $1,838.80 | | |
| FIELD TRIP | | 5.80 | $92.86 | $332.05 | FEDERAL TAX | $68.00 | $399.88 | | |
| SAL ADJ + | | 0.00 | $72.31 | $361.55 | GEORGIA TAX | $21.57 | $149.83 | | |
| SICK LWOP | | 0.00 | $0.00 | -$136.75 | PSERS-X | $10.00 | $50.00 | | |
| BONUS | | 0.00 | $0.00 | $1,000.00 | EMP LIFE | $27.86 | | | |
| TOTALS | | 0.00 | $1,902.73 | $10,112.52 | SPOUSE LIFE | $35.28 | | | |
| | | | | | EMP AD&D | $2.25 | | | |
| | | | | | SPOUSE AD&D | $2.25 | | | |
| | | | | | TOTALS | $733.98 | $3,114.97 | $0.00 | $0.00 |

| DEPOSITS | CURRENT | YTD | EMPLR |
|---|---|---|---|
| DIR DEP %<br>WELLS FARGO | $1,168.75 | $6,294.95 | |

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTDUSED |
|---|---|---|---|---|---|---|
| SICK LEAVE | -1.0000 | 0.0000 | -1.2500 | 0.2500 | 12.3750 | 12.1250 |
| PERSONAL | 0.8800 | 0.0000 | 0.0000 | 0.8800 | 0.0000 | 2.1200 |

| WITHHOLDING ALLOWANCES | | | | ADVICE TOTALS | | |
|---|---|---|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT | TYPE | CURRENT | YTD |
| Federal | M | 0 | $25.00 | Taxable Pay | $1,446.63 | $7,832.02 |
| State | C | 0 | $15.00 | Gross Pay | $1,902.73 | $10,112.52 |
| | | | | Deductions | $733.98 | $3,114.97 |
| | | | | Net Pay | $1,168.75 | $6,294.95 |



**Barrow County Board of Education**                                Advice Number    Advice Date
Barrow County School System                                        435940           05/28/2021
Payroll Account
179 W. Athens Street
Winder, GA 30680

LINDA P LEWIS
800 LANGLEY FARMS DR                                    **DIRECT DEPOSIT**
LOGANVILLE, GA  30052
                                                        **NON-NEGOTIABLE**

DD



**Barrow County Board of Education**
Payroll Account
179 W. Athens Street
Winder, GA 30680

**Forwarding Service Requested**

435940          812
LINDA P LEWIS
800 LANGLEY FARMS DR
LOGANVILLE, GA  30052